McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANG WANG,<br><br>           Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>           Defendant. | CASE NO. 2:05-CV-00792-FCD-PAN<br><br>STIPULATION AND [proposed] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO MARCH 1, 2006 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of February 24, 2006, by 3 court days, to the new response date of March 1, 2006.  The extension is needed to permit sufficient time for completion of all levels of review prior to e-filing of Defendant's response by the Social Security Administration's Office of the General Counsel, Region IX.

     This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

Stip.& Order Ext. Def.'s Time - 2:05-00792                **1**

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: February 23, 2006   /s/ Jesse S. Kaplan
JESSE S. KAPLAN

Attorney for Plaintiff

DATED: February 24, 2006   McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

DONNA M. MONTAÑO
Assistant Regional Counsel

United States Social Security Administration

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: February 23, 2006         /s/ Jesse S. Kaplan
                                 JESSE S. KAPLAN

                                 Attorney for Plaintiff

DATED: February 24, 2006         McGREGOR W. SCOTT
                                 United States Attorney

                             By: /s/ Bobbie J. Montoya
                                 BOBBIE J. MONTOYA
                                 Assistant U. S. Attorney

                                 Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

DONNA M. MONTAÑO
Assistant Regional Counsel

United States Social Security Administration

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEANG WANG,<br><br>          Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>          Defendant. | CASE NO. 2:05-CV-00792-FCD-PAN<br><br>[proposed] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

     Pursuant to the stipulation of the parties, electronically filed *February 24, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

     Defendant shall file her response on or before March 1, 2006.

DATED: March 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Def.'s Time - 2:05-00792