IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEANG WANG,

    Plaintiff,                             No. CIV S-05-0792 FCD PAN

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.                          ORDER

/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On August 21, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed August 21, 2006, are adopted in full;

        2. Plaintiff's motion for summary judgment or remand is denied, and

1    2. The Commissioner's cross-motion for summary judgment is granted.

2  DATED:September 11, 2006

4                                                          /s/ Frank C. Damrell Jr.
                                                           FRANK C. DAMRELL JR.
5                                                          United States District Judge